# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE D. CHATMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Defendant.<br>_____/ | CASE NO. 1:08-cv-01296-SMS PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT CURING DEFICIENCIES AS TO PREVIOUSLY FILED LAWSUITS<br><br>(Doc. 22)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RETURN PROPOSED AMENDED COMPLAINT TO PLAINTIFF, AND ISSUE SERVICE ORDER |

    Plaintiff Lonnie D. Chatman ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 17, 2008, the Court issued an order finding service of Plaintiff's complaint appropriate, and directing Plaintiff to fill out and return the enclosed service documents within thirty days. On September 26, 2008, the Clerk's Office received the service documents from Plaintiff along with a proposed amended complaint and a request to submit the amended complaint to cure a deficiency in the original complaint.

    In his request, Plaintiff states that he needs to submit an amended complaint to correct information pertaining to the previous lawsuits he filed. However, the proposed amended complaint fails to allege the excessive force claim against Defendant Huckabee that the Court found cognizable in the original complaint, and it alleges a new claim against Lt. Webster arising out of Plaintiff's placement on a sensitive needs yard. Because the proposed amended complaint is not limited to correcting information on Plaintiff's previous lawsuits and instead entirely alters the nature of this

1  suit, Plaintiff's request is denied and the proposed amended complaint is rejected. If Plaintiff wishes
2  to bring suit against Lt. Webster based on his placement on a sensitive needs yards, he may file a
3  new action.
4       Based on the foregoing, it is HEREBY ORDERED that:
5    1.   Plaintiff's request for leave to file an amended complaint to correct information
6       pertaining to his previously filed lawsuits, filed September 26, 2008, is DENIED;
7    2.   The Clerk's Office shall return the proposed amended complaint to Plaintiff; and
8    3.   The Clerk's Office shall prepare and issue the order directing the United States
9       Marshal to initiate service of the complaint filed on September 12, 2008 (court
10      document 13).
11
12 IT IS SO ORDERED.
13 **Dated:  November 20, 2008**           /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE