IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LONNIE DONNELL CHATMAN,<br><br>                                    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION, et al.,<br><br>                                    Defendants. | 1:08-cv-01296-SMS (PC)<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 29)<br><br>DEADLINE: MARCH 16, 2009 |

The Court, having considered Defendant Huckabay's request for an extension of time to file a responsive pleading, and good cause having been found:

**IT IS HEREBY ORDERED:** Defendant Huckabay is granted an extension of time of thirty days, to and including March 16, 2009, to complete and file his responsive pleading.

IT IS SO ORDERED.

**Dated:   February 9, 2009**                              /s/ Sandra M. Snyder
                                                                         UNITED STATES MAGISTRATE JUDGE